**David Seror** – State Bar No. 67488
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: (818) 827-9000
Facsimile: (818) 936-0624

CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re: | Case No. 1:14-bk-10250-VK |
|---|---|
| **PARK TAHOE LP,** | Chapter 7 |
| | **TURNOVER OF UNCLAIMED DIVIDEND(S)**<br>[Bankruptcy Rule 3011] |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find submitted herewith check number __103__ in the amount of $1,669.43 representing the total amount of unclaimed dividend(s) in the above entitled estate. This amount is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Amount |
|---|---|---|
| NA | Park Tahoe LP, POB 6370, Malibu, CA 90264 | $1,669.43 |

Dated: August 30, 2016

_____
David Seror, TRUSTEE

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK - HOLD AT AN ANGLE TO VIEW

**Rabobank, N.A.**
Santa Maria, CA
Phone: 800-465-2415 for Rabobank Specialty Deposits

VOID AFTER 90 DAYS                103
                                  90-3715 / 1222
                                  2
                                  6031

TID #008930
David Seror
21650 Oxnard Street, Ste 500
Woodland Hills CA 91367

| Case | Debtor |
|---|---|
| 14-10250 VK | PARK TAHOE LP |
| 5009655766 | |
| TURNOVER OF UNCLAIMED FUNDS | |

Date 08/30/2016        $ *******1,669.43

~~~One Thousand Six Hundred Sixty-Nine Dollars and 43/100

Pay to the Order of
U.S. BANKRUPTCY COURT
ATTN: FISCAL DEPARTMENT
255 E. TEMPLE STREET
LOS ANGELES CA 90012

David Seror Trustee

⑆000000103⑆ ⑈122237159⑈ 5009655766⑈

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.**

A true and correct copy of the foregoing document entitled: **TURNOVER OF UNCLAIMED DIVIDENDS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 30, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Russell Clementson  russell.clementson@usdoj.gov
- Steven R Fox  emails@foxlaw.com
- Mary D Lane  mal@msk.com, mec@msk.com
- David Seror (TR)  mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov
- Matthew S Walker  matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- 

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **August 30, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court  
Attn: Fiscal Dept.  
255 E. Temple Street  
Los Angeles, CA 90012  

Debtor:  
Park Tahoe LP  
POB 6370  
Malibu, CA 90264  

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on NA, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 30, 2016 | MARGO TZENG | /s/ Margo Tzeng |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            F 9013-3.1.PROOF.SERVICE